# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 5:08CR1-001-R
SEALED

SAMUEL LEE ROBINSON JR

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SAMUEL LEE ROBINSON JR__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Did knowingly possess a firearm in and affecting foreign commerce after having been previously convicted of crimes punishable by terms of imprisonment exceeding one year. Did knowingly possess with intent to distribute controlled substances, and that this offense involved a mixture and substance containing cocaine and more than five (5) grams of a mixture and substance containing cocaine base, commonly known as "crack cocaine."

in violation of Title 18 United States Code, Section(s) 922(g) and 924(a)(2) and 2
          Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(B)(iii) and
     841(b)(1)(C)

William M. McCool
Name of Issuing Officer

_/s/ Kristin Cowdell_
Deputy Clerk: Kristin G. Cowdell

Clerk of Court
Title of Issuing Officer

January 9, 2008     Panama City
Date and Location

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by William C. Sherrill, Jr.
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Jackson Co Courthouse Marianna, FL |

| DATE RECEIVED 01-10-2008 | NAME AND TITLE OF ARRESTING OFFICER Joey Raybon | SIGNATURE OF ARRESTING OFFICER Glen Awell for Joey Raybon |
|---|---|---|
| DATE OF ARREST 01-22-2008 | | |