January 10, 2022

To Whom it May Concern:

I, Samuel Robinson, am submitting this letter regarding the detainer for Case 5:08-CR-00001-RS. I am currently 8 months from completing a 120-month sentence with the Florida Department of Corrections. Since my incarceration I have taken the initiative to grow and improve myself as an individual. I was able to do this with the assistance of classes and programs that were offered within the institution. While participating in the classes and programs I was able to gain knowledge and skills to help me be a productive citizen. They offered guidance on how I can accomplish goals without being manipulative to the system.

As an incentive for good behavior, being 38 months DR (Disciplinary Report) free, I have been able to obtain jobs such as staff and inmate barber, and an orderly for confinement, closed management and security. I have successfully completed a substance abuse and parenting courses. I am currently participating in an Electrical Vocational course that is offered through Tallahassee Community College. With this course I have obtained my OSHA-10 and NCCER Certification. I have completed the Core Curriculum for introductory craft skills as well as the electrical level one book. Right now, I am in the process of completing the electrical level two book and the 750 hands on clock hours that are needed to complete the course. I also decided to enroll in an Electrical Apprenticeship Program that will connect me with outside companies that will assist with continuing my education and guarantee employment post my release. Additionally, I am enrolled in Thinking for a Change, a self-betterment course offered through the National Institute of Corrections.

With this letter I would like to inquire about the possibility of having the case ran concurrently with the time I am currently serving or reinstating my probation to satisfy the detainer. During these past 94 months, I have matured and concluded that my past life and the prison life are not for me. I also learned that doing things the way I thought they should be done is what landed me in prison. Furthermore, with the skills and knowledge I have gained I plan to remain optimistic and be a productive citizen in society.

I would like to thank you for your consideration in assisting me resolve this matter. I will remain patient and look forward to receiving your response.

Respectfully,

*Samuel L. Robinson*

Samuel L. Robinson

JAN 13 2022

S.R.

FILED USDC FLND PN
JAN 19 '22 AM10:19 G-M



PROVIDED FOR MAILING AT GADSDEN RE-ENTRY CENTER
OCT 18 2021
OFFICER INITIALS
INMATE INITIALS

COPY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.                                                      **CASE NO.: 5:08CRL-001-RS**

**SAMUEL LEE ROBINSON, JR.**
**Defendant.**
_____/

## DEFENDANT'S MOTION REQUESTING DISPOSITION OF THE DETAINER CURRENTLY LODGED AGAINST HIM PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS ACT

The Defendant, Samuel Lee Robinson, pro se and, pursuant to the Interstate Agreement On Detainers Act (IAD) hereby respectfully places this Honorable Court on notice that the Defendant requests a disposition of the detainer information currently lodged against him in the above styled numbered Federal Northern District Court Case, and as a basis, in support, states:

1. That Defendant was sentenced by the District Court judge in Panama City Division for the Northern District of Florida on April 30, 2008 to 75 months imprisonment in the Bureau of Prisons (BOP) followed by 8 years of probation.

2. That subsequent to starting his probation the Defendant violated his federal probation in a material respect, upon being convicted for the offenses of sales and possession of cocaine in Jackson County, Case Numbers 14-085-CF, 14-086-CF, and 14-087-CF.

1



FILED USDC FLND PN
JAN 19 '22 AM10:20 GM

3. That Defendant was sentenced on the Jackson County, Florida cases to 120 months Florida Department of Corrections on January 20, 2015.

4. That Defendant has a current release date of August 31, 2022.

5. That the Defendant hereby places this Honorable Court and the Attorney General's Office for Northern District of Florida, Panama City Division, on notice that Defendant is requesting a final disposition of the detainer/complaint currently lodged against him in the above styled case number. And that a fianl disposition be had within 180 day per IAD.

6. That Defendant is now imprisoned in the Gadsden Reentry Center, Havana, Florida and hereby requests to be transported to the jurisdiction of this Court for a final disposition of the detainer/complaint pending against Defendant in the above styled case.

7. That I agree that this request will operate as a request for final disposition of the untried complaint/detainer on the basis of which detainers have been lodged against me in the Court's jurisdiction.

8. That I also agree that this request shall be deemed to be my waiver of extradiction with respect to any charges or proceedings contemplated hereby or included herein, and waiver of extradition to the Court's jurisdiction to serve any sentence there imposed upon me prior to the completion of my term of imprisonment in the Florida Department of Corrections.

9. That I also agree that this request shall constitute a consent by me to the production of my body in any Court where my presence may be required to effectuate the purpose of the Agreement on Detainers and a further consent voluntarily to be returned to the institution in which I now am confined.

10. That if jurisdiction over this matter is properly in another agency, court, or officer, please designate the proper agency, court, or officer and return this motion to Defendant.

11. That the present motion is made in good faith and without intentions to harass or annoy this Honorable Court or opposing counsel.

12. That the motion is made as a result of the present detainer lodged against the Defendant is preventing the Defendant from exercising his custody or participating in additional self-betterment and community work release programs.

13. That the defendant has already completed a 6 month modality drug treatment program, and is now enrolled in the electrical trade program offered by Tallahassee Community College.

Wherefore, the Defendant Samuel Lee Robinson, respectfully requests for this Honorable Court to enter an order for Defendant to be transferred to the Court's jurisdiction in order to dispose of the detainer/complaint pending against him in the above styled case number. And for the Court to grant all other relief the Court may deem appropriate or just.

Respectfully Submitted,

/s/ Samuel L. Robinson Q10636
Samuel Lee Robinson, DC#Q10636
Gadsden Reentry Center
630 Opportunity Lane
Havana, Florida 32333
Defendant – pro se

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of this instrument was furnished to correctional staff for mailing to:

Clerk of Court  
United States District Court  
30 W. Government Street  
Panama City, Florida 32401-2758  

*UNITED STATES DISTRICT COURT*  
*CLERK OF COURT*  
*1 - N. PALAFOX STREET*  
*PENSACOLA, FLORIDA 32502-5665*

on this __14TH__ day of __JANUARY__, 2022.

/s/ *Samuel L. Robinson*   Q10636  
Samuel Lee Robinson, DC#Q10636  
Gadsden Reentry Center  
630 Opportunity Lane  
Havana, Florida 32333

4



13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

**NCCER Card #:** 21959610

**Trainee Name:** Samuel Robinson

**Sponsor:** Fla. Masonry Apprentice & Educational Foundation

**Address:** 6353 Lee Vista Blvd.
Orlando, FL 32822
United States

| Module | Description | Instructor | Training Location | Completed |
|---|---|---|---|---|
| 26101-17 | Orientation to the Electrical Trade | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26102-17 | Electrical Safety | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26103-17 | Introduction to Electrical Circuits | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26104-17 | Electrical Theory | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26105-17 | Introduction to the National Electrical Code | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26106-17 | Device Boxes | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26107-17 | Hand Bending | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26108-17 | Raceways and Fittings | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26109-17 | Conductors and Cables | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26110-17 | Basic Electrical Construction Drawings | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26111-17 | Residential Electrical Service | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 26112-17 | Electrical Test Equipment | Tony Conley | Tallahassee Community College | 6/4/2021 |
| 00101-15 | Basic Safety (Construction Site Safety Orientation) | Tony Conley | Tallahassee Community College | 10/19/2020 |
| 00107-15 | Basic Communication Skills | Tony Conley | Tallahassee Community College | 10/19/2020 |
| 00108-15 | Basic Employability Skills | Tony Conley | Tallahassee Community College | 7/12/2020 |
| 00109-15 | Introduction to Materials Handling | Tony Conley | Tallahassee Community College | 7/12/2020 |



13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

| Module | Description | Instructor | Training Location | Date |
|---|---|---|---|---|
| 00103-15 | Introduction to Hand Tools | Tony Conley | Tallahassee Community College | 7/7/2020 |
| 00104-15 | Introduction to Power Tools | Tony Conley | Tallahassee Community College | 7/7/2020 |
| 00105-15 | Introduction to Construction Drawings | Tony Conley | Tallahassee Community College | 6/25/2020 |
| 00106-15 | Introduction to Basic Rigging | Tony Conley | Tallahassee Community College | 6/25/2020 |
| 00102-15 | Introduction to Construction Math | Tony Conley | Tallahassee Community College | 2/5/2020 |

**Incomplete Modules:**

| Module | Description | Instructor | Training Location | Written or Performance |
|---|---|---|---|---|



# NCCER

Board of Trustees confers upon

*Samuel Robinson*

this certificate of completion for

*Construction Site Safety Orientation*

in the Standardized Craft Training Program on this Nineteenth day of October, in the year 2020

Boyd D. Worsham
President, NCCER



# NCCER

Board of Trustees confers upon

## Samuel Robinson

this certificate of completion for

### Core

in the Standardized Craft Training Program on this Nineteenth day of October, in the year 2020

Boyd D. Worsham
President, NCCER




# FLORIDA DEPARTMENT OF CORRECTIONS

## SUBSTANCE USE SERVICES



**Samuel Robinson**

IS HEREBY RECOGNIZED FOR SUCCESSFUL COMPLETION

OF THE

## Intensive Outpatient Treatment

PROGRAM COMPONENT
A STEP IN RECOVERY

_____  _____
B. Brockell                 PROGRAM DIRECTOR
COUNSELOR

_____  1/5/2021
Gadsden Re-Entry            DATE
INSTITUTION/FACILITY

This Program is licensed by the Florida Department of Children and Families

DC5-702 (Revised 6/7/18)



MR. SAMUEL ROBINSON, 20636
GADSDEN RE-ENTRY CENTER
630 OPPORTUNITY LANE
HAVANA, FLORIDA 32333

TALLAHASSEE FL 323
13 JAN 2022 PM 2 L

RECEIVED JAN 18 2022

UNITED STATES DISTRICT COURT
CLERK OF COURT
1 N. PALAFOX STREET
PENSACOLA, FLORIDA 32502-5665

MAILED FROM A
CORRECTIONAL
INSTITUTION

LEGAL MAIL

