# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**vs.**  CASE NO. 5:08cr1-TKW

**SAMUEL LEE ROBINSON, JR.,**

    **Defendant.**
_____/

## ORDER OF TEMPORARY DETENTION

The Government has moved for the detention of this defendant pending revocation hearing. Defendant, represented by counsel, has requested a continuation of the detention hearing.

Accordingly, it is **ORDERED** that a detention hearing is set for **August 29, 2022, beginning at 1:30 p.m.**, before the undersigned magistrate judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal. The United States Marshal is hereby directed to have the Defendant in the U.S. Courthouse on the above date.

**DONE AND ORDERED** on August 25, 2022.

                s/ Martin A. Fitzpatrick
                MARTIN A. FITZPATRICK
                UNITED STATES MAGISTRATE JUDGE