# United States District Court
## CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| Time Commenced | 10:05 AM | Case No. | 5:08cr1-TKW |
| Time Concluded | 11:05 AM | Date | 10/5/2022 |

**DOCKET ENTRY: VOSR HEARING as to DEFENDANT re [30] Petition.** Defendant admits Violations #3–9, 11 and 12; Based on admission Court finds defendant guilty of Violations #3– 9, 11 and 12; Supervised Release is modified; Supervised Release reinstated under original terms and conditions; Court will consider early termination at 2 years with compliance and no violations. Government Motion to Dismiss Violations #1, 2 and 10, Granted; Order to be entered.

PRESENT:   HONORABLE   **T. Kent Wetherell, II**   U.S. DISTRICT JUDGE

| Walter Narramore | Daniel Campos | Julie Wycoff | Paula Cawby |
|---|---|---|---|
| Asst US Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**U.S.A v (DEFENDANT LISTED BELOW)**   **ATTORNEY FOR DEFENDANT**

(1)  Samuel Lee Robinson, Jr.          (1)  Virginia Bare, AFPD

✓ Present   ✓ Custody   __ O/R          ✓ Present   ✓ Appointed   __ Retained

**PROCEEDINGS:**

10:05 AM   Court in session
           Revocation of Supervised Release Hearing
           Defense addresses the Court
10:18 AM   Defendant admits guilt to Violations #3 – 9, 11 and 12
10:22 AM   Court finds factual basis for admission
10:24 AM   Defendant addresses the court
10:27 AM   Government sentencing argument
10:30 AM   Defense sentencing argument
10:47 AM   Government responds
10:49 AM   Court addresses the defendant
           Court modifies supervision
10:59 AM   Defendant advised of right to appeal
11:05 AM   Court adjourned