# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 5:08cr01-TKW

**SAMUEL LEE ROBINSON, JR**

   **Defendant.**

## ORDER MODIFYING SUPERVISED RELEASE

This matter came to be heard for a violation supervised release hearing on October 5, 2022; there appearing Assistant U.S. Attorney Walter Narramore, and the defendant, Samuel Lee Robinson, Jr., appearing in person with counsel, Assistant Federal Public Defender Virginia Bare.

Based on the information provided, the statements of all parties, and the information contained in the petition dated March 4, 2014, the Court finds that the defendant, Samuel Lee Robinson, Jr., has violated the terms of her supervised release, and the Court modifies the conditions of supervision as follows:

   No credit for supervision shall be given for time served in custody. Supervised Release terms and conditions are reimposed and remain in full effect.

   Defendant may petition the Court for early termination of supervision, after two years, if he has complied with all conditions.

Accordingly, the United States Marshal is directed to release Defendant from custody immediately upon processing this Order.

**DONE AND ORDERED** this 5th day October, 2022.

*T. Kent Wetherell, II*
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE